CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 15 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:04-cr-00040 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: Hon. Norman K. Moon |
| BARBARA MAY BLACKWELL. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that Blackwell's motion for recusal shall be and hereby is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 15th day of September, 2008.

/s/ Norman K. Moon
United States District Judge