CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
OCT 0 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:04-cr-00040 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: Hon. Norman K. Moon |
| BARBARA MAY BLACKWELL. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the United States' motion to dismiss shall be and hereby is **GRANTED**; Blackwell's motion to vacate, set aside, or correct sentence is **DISMISSED**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 3rd day of October, 2008.

United States District Judge